UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIST A. HANNA, | 1:05-cv-01149-REC-DLB-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Docs. 7 & 8), **DISMISSING ACTION, AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |
| vs. | |
| JOE MADDEN, et al., | |
|     Defendants. / | |

    Plaintiff, Christ A. Hanna ("plaintiff"), proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 5, 2005, the Magistrate Judge filed Findings and Recommendation which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days.  On January 24, 2006, the Magistrate Judge filed Findings and Recommendation which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and

1

1  Recommendation were to be filed within fifteen (15) days.  To
2  date, plaintiff has not filed objections to these
3  recommendations.
4      In accordance with the provisions of 28 U.S.C.
5  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
6  de novo review of this case.  Having carefully reviewed the
7  entire file, the Court finds the Findings and Recommendation to
8  be supported by the record and by proper analysis.
9      Accordingly, IT IS HEREBY ORDERED that:
10     1.   The Findings and Recommendation, filed December 5, 2005
11 and on January 24, 2006 are ADOPTED IN FULL;
12     2.   This action is DISMISSED; and
13     3.   The Clerk is directed to enter judgment for defendants.
14 IT IS SO ORDERED.

**Dated:  February 15, 2006**            ____/s/ Robert E. Coyle____
668554                                   UNITED STATES DISTRICT JUDGE

2